IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN CHAINYK,

          Appellant,

    vs.

THE ESTATE OF DONALD EDWIN
WEBSTER,

          Respondent.

No. 82745

**FILED**

APR 1 2 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Kimberly A. Wanker, District Judge
       Carolyn Worrell, Settlement Judge
       Flangas Civil Law Firm, Ltd.
       Gallian Welker & Beckstrom, LC/Las Vegas
       Nye County Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

22-11581